# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **ROBERT VANDYKE,**<br>    **Plaintiff,**<br>vs.<br><br>**JEREMY McDOWELL, ET AL,**<br>    **Defendants.** | Civil No. 4:21-cv-00160<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A** |

**COME NOW,** the Parties through their respective counsel, and for this Stipulated Dismissal With Prejudice of Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 41(a)(1)(A) state to the Court as follows:

1. On June 1, 2021, Plaintiff initiated this action with the filing of a Complaint. Defendants Derek Shaw, Chad Farrington, and City of Ottumwa ("City Defendants") filed an Answer and Affirmative Defenses on August 5, 2021. Defendants Jeremy McDowell, Don Phillips, and Wapello County, Iowa ("County Defendants") filed an Answer and Affirmative Defenses on September 13, 2021.

2. The parties have entered into a settlement agreement resolving all claims against all Defendants. Pursuant to this agreement, Plaintiff now seeks dismissal *with prejudice* of all claims in Plaintiff's Complaint.

3. As evidenced by the signatures below, these parties now stipulate to the dismissal *with prejudice*, constituting a final judgment of this matter and discharging all Defendants from all claims raised in the Complaint.

**WHEREFORE,** the parties, hereby stipulate to the dismissal, *with prejudice*, of Plaintiff's Complaint and all claims therein.

**GRIBBLE BOLES STEWART & WITOSKY LAW**

BY: _____/s/Matthew M. Boles_____
    Matthew M. Boles    AT0001037
    Adam C. Witosky    AT0010436
    2015 Grand Avenue, Ste. 200
    Des Moines, Iowa 50312
    Telephone:    (515) 235-0551
    Facsimile:    (515) 243-3696
    Email:    mboles@gbswlaw.com
        awitosky@gbswlaw.com
    **ATTORNEYS FOR PLAINTIFF**

**LYNCH DALLAS P.C.**

BY: _____/s/ Wilford H. Stone_____
    Wilford H. Stone    AT0007699
    Daniel M. Morgan    AT0013452
    526 Second Avenue SE
    P.O. Box 2457
    Cedar Rapids, IA 52406
    Telephone: (319) 365-9101
    Facsimile: (319) 365-9512
    Email:    wstone@lynchdallas.com
        dmorgan@lynchdallas.com
    **ATTORNEYS FOR DEFENDANTS JEREMY McDOWELL, DON PHILLIPS, and WAPELLO COUNTY, IOWA**

**SMITH MILLS SCHROCK BLADES P.C.**

BY: _____/s/David E. Schrock_____
    David E. Schrock    AT0006969
    118 3rd Ave SE, Suite 200
    P.O. Box 36
    Cedar Rapids, IA 52406
    Telephone: (319) 286-1743
    Facsimile: (319) 286-1748
    Email:    dschrock@smithmillslaw.com
    **ATTORNEY FOR DEFENDANTS CITY OF OTTUMWA, CHAD FARRINGTON, DEREK SHAW, and JOHN DOE 3**

3

**PROOF OF SERVICE**

       The undersigned certifies that the foregoing instrument was **electronically filed** on CM/ECF on December 1, 2021. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

       Copies have been provided to all registered parties because once the document is posted, those parties are able to view and download the presented or filed document.

                                                      */s/ Kendra Levine*